NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CLAUDE T. BOWEN, )
)
      Appellant, )
)
v. )    Case No. 2D17-2517
)
TOUCH BLUE SR54 OAKGROVE, LLC; )
CARL R. MEYERS, JR.; JESSICA )
BREUMMER-MADYCH-MEYERS; LITTLE )
ITALY'S MEATBALLS, LLC; LITTLE )
ITALY'S FAMILY RESTAURANT AND )
CATERING, LLC; and CHICAGO'S LITTLE )
ITALY, LLC, )
)
      Appellees. )
_____ )

Opinion filed June 27, 2018.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

R. Gale Porter, Jr., of Porter Law Group,
Tampa, for Appellant.

David C. Borucke of Cole, Scott & Kissane,
P.A., Tampa, for Appellee Touch Blue.

No appearance for remaining Appellees.


PER CURIAM.

      Affirmed.

SILBERMAN, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.